**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Steven Gantt, Carolina S. Ramsey, and Dominic Donlon,
Defendants,

Of whom Dominic Donlon is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-001410

———

Appeal From Colleton County
Deborah A. Malphrus, Family Court Judge

———

Unpublished Opinion No. 2024-UP-121
Submitted April 11, 2024 – Filed April 12, 2024

———

**AFFIRMED**

———

Harry A. Hancock, of Columbia, for Appellant.

Sally C. Dey, of South Carolina Department of Social Services, of North Charleston, for Respondent.

Mary Christine Hardee, of South Carolina Department of Children's Advocacy, of Columbia, for the Guardian ad Litem.

———————

**PER CURIAM:**  Dominic Donlon appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Donlon's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.